**Order entered June 30, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00160-CV

**FRANCISCO RENTERIA, Appellant**

**V.**

**JUANA GUAJARDO, Appellee**

**On Appeal from the 303rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF13-17723**

## ORDER

The reporter's record in this case is overdue. By postcard dated March 14, 2014, we notified the Court Reporter that the reporter's record was overdue. We directed the Court Reporter to file the record within thirty days. To date, the reporter's record has not been filed.

We **ORDER** Donna Kindle, Official Court Reporter for the 303rd Judicial District Court, to file, within **TEN DAYS** of the date of this order, either: (1) the reporter's record; (2) written verification that no hearings were recorded; or (3) written verification that appellant has not requested or paid for or made arrangements to pay for the record. *We notify appellant that if we receive verification the record has not been requested, or paid for, or no arrangements have been made to pay for the record, we may order the appeal submitted without the reporter's record. See* Tex. R. App. P. 37.3(c).

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to:

Honorable Denise Garcia
Presiding Judge, 303rd Judicial District Court

Donna Kindle
Official Court Reporter, 303rd Judicial District Court

Counsel for all parties.


/s/      ADA BROWN
         JUSTICE